## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| Rachelle Bradburn, individually and on behalf of all others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>Helvey & Associates, Inc., an Indiana corporation,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  No. 1:20-cv-02271-SEB-DML<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, having reached a settlement of Plaintiff's individual claims against the Defendant, hereby stipulates to the dismissal of her individual claims with prejudice and dismissal of the claims of the putative class members without prejudice.

Dated:  December 19, 2020

| One of Plaintiff's Attorneys | One of Defendant's Attorneys |
|---|---|
| /s/  David J. Philipps<br>David J. Philipps<br>Philipps & Philipps, Ltd.<br>9760 S. Roberts Road<br>Suite One<br>Palos Hills, Illinois 60465 | /s/  Nicholas W. Levi w-permission<br>Nicholas W. Levi<br>Kightlinger & Gray, LLP<br>One Indiana Square, Suite 300<br>211 North Pennsylvania Street<br>Indianapolis, Indiana 46204 |

The foregoing stipulation is hereby approved and Plaintiff's claims are hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: December 23, 2020

ENTERED:

*[signature]*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana